UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2595-DMS |
| Plaintiff | ) | CRIMINAL NO. 08mj2243 |
| vs. | ) | ORDER |
| CATHERINE MIRANDA | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

MARIA TERESA PAEZ - VAZQUEZ

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by J. Jarabell
Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY    ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95