15

AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

**FILED**

AUG   7 2008

DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| CATHERINE ANN MIRANDA | CASE NUMBER: _08CR2595-DMS_ |

I, CATHERINE ANN MIRANDA, the above-named defendant, who is accused of committing the following offense:

> Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___7 Aug 08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _Kathy Miranda_
Defendant

_____
Defense Counsel

Before _____
         Judicial Officer