1  KAREN P. HEWITT
   United States Attorney
2  CARLOS O. CANTU
   Special Assistant United States Attorney
3  Government Attorney
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5766
   Facsimile:  (619) 235-2757
6  Email: carlos.cantu@usdoj.gov
   Attorneys for Plaintiff
7  United States of America

8

9

10                  UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          )    Case No. 08cr2595-DMS
                                       )
13                     Plaintiff,      )
                                       )    **NOTICE OF APPEARANCE**
14           v.                        )
                                       )
15  CATHERINE ANN MIRANDA,             )
                                       )
16                                     )
                       Defendant.      )
17  _____)

18

    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
19
         I, the undersigned attorney, enter my appearance as counsel for the United States in the above-
20
    captioned case.  I certify that I am admitted to practice in this court or authorized to practice under
21
    CivLR 83.3.c.3-4.
22
         The following government attorneys (who are admitted to practice in this court or authorized
23
    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
24
    counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
25
    activity in this case:
26
         Name
27
         Carlos O. Cantu
28

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u>

6        None

7        Please call me at the above-listed number if you have any questions about this notice.

8        DATED: September 1, 2008

                                                    Respectfully submitted,
9
                                                    KAREN P. HEWITT
10                                                  United States Attorney

11                                                  /s/ *Carlos O. Cantu*

12                                                  Carlos O. Cantu
                                                    Special Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Catherine Ann Miranda        2                          08cr2595-DMS

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

4

| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 2595 DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| CATHERINE ANN MIRANDA, | ) | |
| Defendant. | ) | |

5

6

7

8

9

10

IT IS HEREBY CERTIFIED THAT:

11

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age.  My

12

business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13

I am not a party to the above-entitled action.  I have caused service of the Notice of

14

Appearance as lead counsel for the United States, dated September 1, 2008, and this Certificate of

15

Service, dated September 1, 2008, on the following parties by electronically filing the foregoing

16

with the Clerk of the District Court using its ECF System, which electronically notifies them:

17

18

**David M. Peterson, Esq.**
*Attorney for defendant*

19

20

I declare under penalty of perjury that the foregoing is true and correct.

21

Executed on September 1, 2008.

22

23

/s/ *Carlos O. Cantu*

24

Carlos O. Cantu
Special Assistant United States Attorney

25

26

27

28

Notice of Appearance
United States v. Catherine Ann Miranda        3                              08cr2595-DMS